# UNITED STATES DISTRICT COURT
for the

The Northern District of Oklahoma

| | | |
|---|---|---|
| Islamic Society of Tulsa | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:26-cv-00469-MTS |
| City of Broken Arrow, Oklahoma et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The City of Broken Arrow, Oklahoma
220 S. First Street
Broken Arrow, OK 74012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CAIR Legal Defense Fund
Meghan Murphy
453 New Jersey Ave SE
Washington, DC 20003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D. Campbell*

Date: *8/5/2026*

*s/K.Vang*

*Signature of Clerk or Deputy Clerk*

c/mailed to attorney

# UNITED STATES DISTRICT COURT

for the

## The Northern District of Oklahoma

| | |
|---|---|
| Islamic Society of Tulsa <br><br><br><br> *Plaintiff(s)* <br> v. <br> City of Broken Arrow, Oklahoma et al <br><br><br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.   4:26-cv-00469-MTS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David Pickel
City Councilor
220 S. First Street
Broken Arrow, OK 74012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CAIR Legal Defense Fund
Meghan Murphy
453 New Jersey Ave SE
Washington, DC 20003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D. Campbell*

Date: _____8/5/2026_____      _____s/K.Vang_____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

## The Northern District of Oklahoma

| | | |
|---|---|---|
| Islamic Society of Tulsa | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  4:26-cv-00469-MTS |
| City of Broken Arrow, Oklahoma et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Justin Green
City Councilor
220 S. First Street
Broken Arrow, OK 74012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CAIR Legal Defense Fund
Meghan Murphy
453 New Jersey Ave SE
Washington, DC 20003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D. Campbell*

Date:   ____8/5/2026____

*s/K.Vang*

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

## The Northern District of Oklahoma

| | | |
|---|---|---|
| Islamic Society of Tulsa | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 4:26-cv-00469-MTS |
| City of Broken Arrow, Oklahoma et al | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lisa Ford
City Councilor
220 S. First Street
Broken Arrow, OK 74012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CAIR Legal Defense Fund
Meghan Murphy
453 New Jersey Ave SE
Washington, DC 20003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D. Campbell*

Date:  8/5/2026

*s/K.Vang*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

## The Northern District of Oklahoma

| | |
|---|---|
| Islamic Society of Tulsa | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  4:26-cv-00469-MTS |
| City of Broken Arrow, Oklahoma et al | ) ) |
| *Defendant(s)* | ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Debra Wimpee
City Councilor
220 S. First Street
Broken Arrow, OK 74012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CAIR Legal Defense Fund
Meghan Murphy
453 New Jersey Ave SE
Washington, DC 20003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D. Campbell*

Date:  _____8/5/2026_____     _____s/K.Vang_____
*Signature of Clerk or Deputy Clerk*