**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1) THE ISLAMIC SOCIETY OF TULSA,<br>Plaintiff,<br><br>v.<br><br>2) CITY OF BROKEN ARROW, OKLAHOMA;<br>3) DAVID PICKEL, in his individual capacity;<br>4) JUSTIN GREEN, in his individual Capacity;<br>5) LISA FORD, in her individual capacity; and,<br>6) DEBRA WIMPEE, in her individual capacity,<br><br>Defendants. | ) | Civil Case No.: 26-cv-00469-SEH-MTS |

**THE INDIVIDUAL DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(g), Defendants David Pickel, Justin Green, Lisa Ford, and Debra Wimpee (the "Individual Defendants") respectfully request that the Court enter an order extending their deadline to file a reply brief in support of their Motion to Dismiss (Dkt. 26) until and including Friday, November 20, 2026. In support of this motion, the Individual Defendants state as follows:

1. Plaintiff filed the Complaint in this action on August 3, 2026, against the Individual Defendants and the City of Broken Arrow ("City"). Dkt. 2.

2. On September 18, 2026, the Individual Defendants and the City timely filed separate motions to dismiss. Dkt. 26, 27.

3. After receiving an unopposed extension of time, Plaintiff filed its respones to the motions to dismiss on October 30, 2026. Dkt. 33, 34. Under Local Rule 7(f), the Individual Defendants' reply brief in support of their Motion to Dismiss is currently due on Friday, November 13, 2026.

4. Counsel for the Individual Defendants have a brief due in the Tenth Circuit in another case on or about that same date and require an additional week to prepare a comprehensive reply brief in this matter.

5. This is the Individual Defendants' first request for an extension of time for this reply brief.

6. Plaintiff consents to the extension.

7. This extension will not affect any schedule trial or other deadlines, as the Court has stayed the issuance of a scheduling order until resolution of the motion to dismiss. Dkt. 28.

As such, the Individual Defendants respectfully request that this Court extend their deadline to file a reply brief from November 13 to and including November 20, 2026.

Respectfully submitted,

*s/ R. Trent Shores*
R. Trent Shores, OBA No. 19705
Amelia A. Fogleman, OBA No. 16221
Adam C. Doverspike, OBA No. 22548
**GABLEGOTWALS**
110 North Elgin Ave., Suite 200
Tulsa, Oklahoma 74120
T: (918) 595-4800 | F: (918) 595-4990
*tshores@gablelaw.com*
*afogleman@gablelaw.com*
*adoverspike@gablelaw.com*

***ATTORNEYS FOR DAVID PICKEL, JUSTIN GREEN, LISA FORD, AND DEBRA WIMPEE***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November 2026, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.

*s/ R. Trent Shores*